FILED
JANUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 640

JUDGE MORAN
MAGISTRATE JUDGE COLE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN MUSSO and JAMES HALLENE, <br><br> Plaintiffs, <br><br> v. <br><br> BERMUDA TRIANGLE VENTURES, INC., a California Corporation, <br><br> Defendant. | No. <br><br> Jury Trial Demanded |

## COMPLAINT

Plaintiffs, JOHN MUSSO ("MUSSO") and JAMES HALLENE ("HALLLENE"), by and through their attorneys, Querrey & Harrow, Ltd., and complaining of the Defendant, BERMUDA TRIANGLE VENTURES, INC. ("BTV") alleges as follows:

### PARTIES

1. Plaintiff MUSSO is a citizen of the State of Illinois.

2. Plaintiff HALLENE is a citizen of the State of Illinois.

3. Upon information and belief, BTV is a California corporation and is a citizen of the State of California with its principal place of business in Costa Mesa, California.

### JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as a result of the complete diversity between the parties and the amount in controversy which exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

5. Venue is appropriate in the Northern District of Illinois pursuant to 28 U.S.C. § 1391(a)(2) due to the fact that substantial business activities and the events giving rise to this claim occurred in this district.

## PLAINTIFFS' CAUSE OF ACTION

6. On May 4, 2005, BTV borrowed Four Hundred Thousand Dollars ($400,000.00) from MUSSO and HALLENE and executed a promissory note ("the Note") dated May 4, 2005 in favor of MUSSO and HALLENE for the full amount of the debt including interest. A true and correct copy of the Note is attached hereto and made a part hereof as Exhibit "A".

7. The Note attached as Exhibit "A" provides as follows:

> "This Note will be replaced by a convertible note whose terms and conditions are consistent with those outlined in the term sheet dated April 22, 2005. It is understood that if the Maker and Holder cannot reach mutually agreeable terms that this Note will become due and payable to the Holders."

8. The Note further provides that:

> "If this Note is referred by the holder to any attorney for collection, or if any action is instituted on this Note by any holder hereof, the undersigned agrees to pay reasonable attorney's fees for services performed by the holder's attorney, including all costs and expenses incurred incident to such employment, which attorney's fees, costs and expenses shall be taxed as court costs, or obtained by means of a separate action brought for that purpose."

9. BTV and MUSSO and HALLENE could not reach mutually agreeable terms with respect to the replacement of the original note by a convertible note.

2

Therefore, pursuant to the terms of the Note, the entire principal amount of the Note is due and payable in full together with accrued interest through this date.

10. On February 9, 2006 and May 18, 2006, MUSSO and HALLENE, through their attorney, made demands for full payment on the May 4, 2005 Note.

11. BTV has failed and refused to make full payment on the Note including interest payments.

12. Pursuant to the terms of the Note, MUSSO and HALLENE are also entitled to reasonable attorney's fees including costs and expenses.

WHERFORE, Plaintiffs, MUSSO and HALLENE, pray that judgment be entered against the Defendant, BTV, as follows:

A. For the sum of Four Hundred Thousand Dollars ($400,000.00) plus interest accrued and unpaid;

B. For Plaintiffs' costs and attorney's fees associated with collection on the Note;

C. For such other and further relief as this Court may deem proper.

### JURY DEMAND

Plaintiffs MUSSO and HALLENE respectfully request a trial by jury.

Respectfully Submitted,

By: s/Daniel F. Gallagher
Daniel F. Gallagher
Attorneys for Plaintiffs
I.D. #905305

3

Daniel F. Gallagher
Larry S. Kowalczyk
Terrence F. Guolee
David LaPorte
Querrey & Harrow, Ltd.
175 West Jackson Blvd.
Suite 1600
Chicago, IL  60604-2827
(312) 540-7000


Document #: 1301304