**08 C 640**

**JUDGE MORAN**
**MAGISTRATE JUDGE COLE**

# EXHIBIT A



BERMUDA TRIANGLE VENTURES. INC.

## STRAIGHT COMMERCIAL PROMISSORY NOTE

$400,000.00                           Costa Mesa, CA                           May 4, 2005

FOR VALUE RECEIVED in the context of a trade and business relationship on the date set forth hereinabove, the undersigned ("Maker") promises to pay to the order of John Musso and Jim Hallene ("Holder") in lawful money of the United States of America, the principal sum of Four Hundred Thousand Dollars ($400,000) with interest accruing thereon from the date hereof to the due date 24 months hence at the rate of eight percent (8%) per annum, for a two year period, payable as follows: interest only.

Each payment shall be credited first on interest then due and the remainder on principal; and interest shall thereupon cease upon the principal so credited.

All sums remaining unpaid under this Note shall become immediately due and payable on the Maker's failure to make any payment when due under the terms of this Note, including without limitation the final payment due under this Note at its maturity.

No delay or omission by Holder in exercising any right or remedy under this Note, or any other agreement executed in connection with this Note, shall operate as a waiver of the future exercise of that right or remedy or of any other rights or remedies under this Note or any other agreement executed in connection with this Note.

If this Note is referred by the holder to any attorney for collection, or if any action is instituted on this Note by the holder hereof, the undersigned agrees to pay reasonable attorney's fees for services performed by the holder's attorney, including all costs and expenses incurred incident to such employment, which attorney's fees, costs and expenses shall be taxed as court costs, or obtained by means of a separate action brought for that purpose.

Diligence, demand, presentment, notice of dishonor, and protest are all waived by all makers, sureties, guarantors, and indorsers of this Note.

This Note will be replaced by a convertible note whose terms and conditions are consistent with those outlined in the term sheet dated April 22, 2005. It is understood that if the Maker and Holder cannot reach mutually agreeable terms that this Note will become due and payable to the Holders.

Maker and Holder intend to comply with all applicable usury laws. In fulfilling this intention, all agreements between Maker and Holder are expressly limited so that the amount of interest paid or agreed to be paid to Holder for the use, forbearance, or detention of money under this Note shall not exceed the maximum amount permissible under applicable law. If for any reason payment of any amount required under this Note shall be prohibited by law, the obligation shall be reduced to the maximum allowed by law. If for any reason Holder receives as interest an amount that would exceed the highest lawful rate, the amount that would be excessive interest shall be applied to the reduction of the principal of this Note and not to the payment of interest.

Dated: May 4, 2005                                         Brian G. Zealear
                                                           Vice President, CFO
                                                           Bermuda Triangle Ventures, Inc.

1733 Monrovia, Bldg W, Costa Mesa, CA 92627
Ph. 831-601-9333 • Fx. 949-631-1739 • info@btvg.com