**FILED**
**JANUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

In the Matter of

JOHN MUSSO and JAMES HALLENE,

Plaintiffs,

v.

BERMUDA TRIANGLE VENTURES, INC., a California Corporation,

Defendant.

Case No. **08 C 640**

**JUDGE MORAN**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**JOHN MUSSO and JAMES HALLENE**

| SIGNATURE | |
|---|---|
| s/Daniel F. Gallagher | |
| **FIRM** | |
| Querrey & Harrow, Ltd. | |
| **STREET ADDRESS** | |
| 175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 905305 | **TELEPHONE NUMBER** 312/540-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES      NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES X   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL                    APPOINTED COUNSEL | |