UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| JOHN MUSSO and JAMES HALLENE, | |
| Plaintiffs, | No.  08 C 640 |
| v. | Judge Moran |
| BERMUDA TRIANGLE VENTURES, INC., a California Corporation, | Magistrate Judge Cole |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**JOHN MUSSO and JAMES HALLENE**

| SIGNATURE |
|---|
| s/Terrence F. Guolee |

| FIRM |
|---|
| Querrey & Harrow, Ltd. |

| STREET ADDRESS |
|---|
| 175 West Jackson Boulevard, Suite 1600 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6207056 | 312/540-7000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES        NO  X |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES        NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES        NO  X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES        NO  X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL                        APPOINTED COUNSEL |