| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| QUERREY & HARROW, LTD.<br>175 W. JACKSON BLVD.<br>SUITE 1600<br>CHICAGO IL 60604<br>ATTORNEY FOR  PLAINTIFF | 312-540-7000<br><br>Ref. No. or File No.<br>65228006-DFG | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

SHORT TITLE OF CASE:

MUSSO  :  BERMUDA TRIANGLE

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 065672 | | | | 08 C 640 |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Subpoena in a Civil Case

On: BERMUDA TRIANGLE VENTURES,
    INC., a California Corporation
    by serving: ROBERT D. COVIELLO, AUTHORIZED AGENT

In the above mentioned action by delivering to and leaving with the person hereinafter named, a copy thereof, at:
31831 CAMINO CAPISTRANO
SUITE 201
SAN JUAN CAPIST CA 92675

On: 02/14/08  At: 03:10PM

Copies were left at the defendant's dwelling house or usual place of abode or business with a person of suitable age and discretion.

Name of person with whom the documents were left:
STEPHANIE STRABA
Whose relationship is: SECRETARY

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct.

Person serving: ARTURO P. CHAYRA, JR.      Fee for service:    74.95
  All Counties Attorney Service         d.  Registered California process server
  1625 E. 17th Street                   (1) [  ] Employee or [ X ] Independent Contractor
  Santa Ana, CA 92705                   (2) Registration No. 3587
  714-558-1403 FAX 714-558-0261         (3) County: LOS ANGELES
                                        (4) Expiration: 04/02/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 02/15/08                        >  SIGNATURE  [signature]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| QUERREY & HARROW, LTD.<br>175 W. JACKSON BLVD.<br>SUITE 1600<br>CHICAGO IL 60604<br>ATTORNEY FOR   PLAINTIFF | 312-540-7000<br><br>Ref. No. or File No.<br>65228006-DFG | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

SHORT TITLE OF CASE:

MUSSO  :  BERMUDA TRIANGLE

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 065672 | | | | 08 C 640 |

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the county of LOS ANGELES State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action. on 02/14/08 after substituted service under section 415.20(a) or 415.20(b) C.C.P., was made, I served the within:

Subpoena in a Civil Case

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at:  SANTA ANA    , California,  addressed as follows:

BERMUDA TRIANGLE VENTURES,
INC., a California Corporation
by serving: ROBERT D. COVIELLO, AUTHORIZED AGENT

31831 CAMINO CAPISTRANO
SUITE 201
SAN JUAN CAPIST CA 92675

Declarant: ARTURO P. CHAYRA, JR.

All Counties Attorney Service
1625 E. 17th Street
Santa Ana, CA 92705
714-558-1403 FAX 714-558-0261

d.  Registered California process server
(1) [  ] Employee or [ X ] Independent Contractor
(2) Registration No. 3587
(3) County: LOS ANGELES
(4) Expiration:  04/02/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 02/15/08                              >
                                            SIGNATURE