Our File No. 65228006-MCL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN MUSSO and JAMES HALLENE, | No. 08 C 640 |
| Plaintiffs, | |
| v. | Judge Moran |
| BERMUDA TRIANGLE VENTURES, INC., a California Corporation, | Magistrate Judge Cole |
| Defendant. | |

### PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST THE DEFENDANT

NOW COME the plaintiffs, JOHN MUSSO and JAMES HALLENE, by and through their attorneys, QUERREY & HARROW, LTD., and move this court for an order of default judgment against defendant, BERMUDA TRIANGLE VENTURES, INC., a California Corporation, in support of, plaintiffs state as follows:

### INTRODUCTION

1. On January 29, 2008, plaintiffs filed a complaint with the United States District Court Northern District of Illinois, Eastern Division, Case No. 08 C 640.

2. Plaintiffs properly named and served the defendant, BERMUDA TRIANGLE VENTURES, INC., a California Corporation, in this action.

3. The defendant has failed to answer, therefore, defendant, BERMUDA TRIANGLE VENTURES, INC., a California Corporation, is in default and judgment should be granted against it.

WHEREFORE, plaintiffs, JOHN MUSSO and JAMES HALLENE, pray that this Court enter an order:

a. Granting plaintiffs a default judgment against defendant, BERMUDA TRIANGLE VENTURES, INC., a California Corporation; and

a. Granting plaintiffs such other relief that is just and equitable.

Respectfully submitted,

Attorney for plaintiffs,
JOHN MUSSO and JAMES HALLENE

By: /s/ Daniel F. Gallagher
One of their attorneys

Daniel F. Gallagher, Esq.
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604
312/540-7000
Document #: 1316044