Our File No. 65228006-MCL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN MUSSO and JAMES HALLENE, <br><br> Plaintiffs, <br><br> v. <br><br> BERMUDA TRIANGLE VENTURES, INC., a California Corporation, <br><br> Defendant. | No. 08 C 640 <br><br> Judge James Moran <br><br> Magistrate Judge Cole |

### NOTICE OF MOTION

To:    Bermuda Triangle Ventures, Inc.
       c/o Registered Agent, Robert D. Coviello
       31831 Camino Capistrano
       Suite 201
       San Juan Capistrano, CA 92675

On **April 3, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Judge James Moran** or any Judge sitting in his stead, in **Room 1843** or the courtroom usually occupied by him in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached Motion for Default Judgment Against the Defendant.

| | |
|---|---|
| Name | Querrey & Harrow, Ltd. |
| Attorney for plaintiffs | JOHN MUSSO and JAMES HALLENE |
| Address | 175 West Jackson Boulevard, Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

### PROOF OF SERVICE

I, Daniel F. Gallagher, depose and state that I served this Notice, together with the documents herein referred via Federal Express to the above-named on March 27, 2008.

s/Daniel F. Gallagher

[X]    Under penalties as provided by law pursuant
       to Ill. Rev. Stat., ch. 110, Sect. 1-109, I certify that
       the statements set forth herein are true and correct..

Document #: 1316096