UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| | |
|---|---|
| In the Matter of | Case |
| JOHN MUSSO and JAMES HALLENE, | |
| Plaintiffs, | No. 08 C 640 |
| | Judge Moran |
| v. | Magistrate Judge Cole |
| BERMUDA TRIANGLE VENTURES, INC., a California Corporation, | |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**JOHN MUSSO and JAMES HALLENE**

| | |
|---|---|
| **SIGNATURE** | |
| s/Mary E. McClellan | |
| **FIRM** | |
| Querrey & Harrow, Ltd. | |
| **STREET ADDRESS** | |
| 175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6283486 | **TELEPHONE NUMBER** 312/540-7000 |

| | | | |
|---|---|---|---|
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?** | YES | NO X | |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?** | YES | NO X | |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?** | YES X | NO | |

| | |
|---|---|
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?** YES     NO X | |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** | |
| **RETAINED COUNSEL**                    **APPOINTED COUNSEL** | |