# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 640 | **DATE** | 4/9/2008 |
| **CASE TITLE** | JOHN MUSSO, et al vs. BERMUDA TRIANGLE VENTURES, INC. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for default judgment against the defendant [11] is granted. Enter Judgment Order. Judgment is entered in favor of the Plaintiffs, John Musso, James Hallene and against Defendant, Bermuda Triangle Ventures, Inc., in the total amount of $344, 758.56.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | LG |
|---|---|---|

08C640 JOHN MUSSO, et al vs. BERMUDA TRIANGLE VENTURES, INC. Page 1 of 1