

Our File No. 65228006-MCL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN MUSSO and JAMES HALLENE,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BERMUDA TRIANGLE VENTURES, INC., a California Corporation.<br><br>　　　　　Defendant. | No. 08 C 640<br><br>Judge Moran<br><br>Magistrate Judge Cole |

### JUDGMENT ORDER

This matter coming to be heard on Plaintiff's, Motion for Default Judgment against Defendant for failure to appear and answer, the Court being fully advised:

IT IS HEREBY ORDERED THAT:

1. Judgment is entered in favor of the Plaintiffs, John Musso, James Hallene and against the Defendant, Bermuda Triangle Ventures, Inc., in the following amount:

|   |   |   |
|---|---|---|
| a. | Principle amount owed: | $331,764.56 |
| b. | Interest: | $ 7,348.00 |
| c. | Attorney Fees and Costs | $ 5,646.00 |
|   | Total: | **$344,758.56** |

2. The Court further finds that there is no just reason for delaying enforcement or appeal of this Order.

ENTERED: April 9, 2008

_____
Judge

Daniel F. Gallagher
Mary E. McClellan
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, Illinois  60604
(312) 540-7000
Document #: 1317591